FILED
2025 Jul-08 AM 09:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **PAIGE GLEGHORN,** | ] | |
| | ] | |
| **Plaintiff,** | ] | |
| | ] | |
| **v.** | ] | **Case No.: 7:24-cv-1503-ACA** |
| | ] | |
| **BOBBY WILLIAMS,** | ] | |
| | ] | |
| **Defendant.** | ] | |
| | ] | |

**<u>FINAL ORDER</u>**

In November 2024, Plaintiff Paige Gleghorn filed this action against Defendant Bobby Williams, a correctional officer at Federal Correctional Institution ("FCI") Aliceville, for violations of state law and Ms. Gleghorn's constitutional rights under 42 U.S.C. § 1983. (Doc. 1). Despite a deadline to serve Mr. Williams by January 30, 2025, *see* Fed. R. Civ. P. 4(m), and despite nearly six months of extensions to the service deadline (*see* docs. 5, 8), Ms. Gleghorn has not served Mr. Williams. The court previously warned Ms. Gleghorn that failure to serve could result in the dismissal of her case due to her failure to prosecute, failure to timely serve, and/or failure to comply with a court order. (Doc. 6). In addition, when the court granted the last extension on May 23, 2025, it warned Ms. Gleghorn that no further extensions would be granted. (Doc. 8).

Because Ms. Gleghorn has failed to timely serve Mr. Williams or otherwise prosecute her case, the court **DISMISSES** this action **WITHOUT PREJUDICE** under Federal Rules of Civil Procedure 4(m) and 41(b).

**DONE** and **ORDERED** this July 8, 2025.

**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE